No. 97–1702. SANCHEZ-VELASCO v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–1717. BENNETT ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 97–1721. ADAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–1733. SPEARS ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 97–1734. STICHTING PENSIOENFONDS VOOR DE GEZONDHEID, GEESTELIJKE EN MAATSCHAPPELIJKE BELANGEN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–1739. RODRIGUEZ ET AL. v. FAIR, A MINOR, BY AND THROUGH HIS MOTHER AND NEXT FRIEND, FOY. C. A. 2d Cir. Certiorari denied.

No. 97–1740. WILSON ET AL. v. NUTT, SHERIFF OF WAYNE COUNTY. C. A. 6th Cir. Certiorari denied.

No. 97–1744. CHRISTIANS, TRUSTEE v. CRYSTAL EVANGELICAL FREE CHURCH. C. A. 8th Cir. Certiorari denied.

No. 97–1748. RASO ET AL. v. LAGO ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–1759. RESEARCH TRIANGLE INSTITUTE v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–1768. MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ET AL. v. KRAVITZ ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–1774. MINH DAT DINH DO v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 97–1783. SCHIMMEL ET AL. v. INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL–CIO,